# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                                  Criminal No. 10-84 DSD/AJB

        Plaintiff,

v.                                                         **ORDER**

Alberto Guitierrez Vega,

        Defendant.

    Thomas Hollenhorst, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

    Joseph Kaminsky, Esq., for defendant Alberto Guitierrez Vega.

    Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 1, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1. Defendant Alberto Guitierrez Vega's Motion to Suppress Statements, Admissions and Answers is **denied as moot** [Docket No. 15]; and

    2. Defendant Alberto Guitierrez Vega's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied** [Docket No. 16].

Dated: June 14, 2010

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court